# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| William Jeffrey Lowder, Jr | **Repayment Agreement and Order** | No: 5:13CR33-001 |
|---|---|---|

On September 18, 2013, William Jeffrey Lowder, Jr was sentenced to 51 months imprisonment followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Mr. Lowder. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on October 3, 2013, I have been ordered to pay a total restitution of $1,395.00 and a special assessment of $100.00.

2. On November 24, 2021, I began my service of 36 months of supervised release in the Middle District of Georgia. The mandatory assessment was satisfied on June 10, 2020. The current balance of my restitution is $1,395.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of July, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision. Payments are to be mailed to the U.S. District Court Clerk's Office at Post Office Box 128, Macon, Georgia 31202.

_____   6-30-2022
William Jeffrey Lowder, Jr.     Date

_____   6/30/2022
Nico L. Humphrey, U.S. Probation Officer (Middle District of Georgia)   Date

_Kevin Abernethy_   10/6/2022
Assistant U.S. Attorney   Date

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

_____
C. Ashley Royal
Senior U.S. District Judge

17 Oct 2022
Date